An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAVAD KAVIANI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
GAYLE NATHAN, DISTRICT JUDGE,
Respondents,
and
FATEMAH VAZARI,
Real Party in Interest.

No. 66879

**FILED**

NOV 1 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING EMERGENCY PETITION FOR WRIT OF PROHIBITION

This emergency original petition for a writ of prohibition seeks an order prohibiting the district court from holding a hearing on temporary spousal support.

A writ of prohibition is available when a district court acts without or in excess of its jurisdiction. NRS 34.320; *State v. Eighth Judicial Dist. Court*, 118 Nev. 140, 146-47, 42 P.3d 233, 237 (2002). Prohibition is an extraordinary remedy, and whether a petition for extraordinary relief will be considered is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is petitioner's burden to demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Having considered the petition, we are not persuaded that our intervention is warranted at this time. NRAP

14-38126

21(b)(1); *Pan*, 120 Nev. at 228, 88 P.3d at 844; *Smith*, 107 Nev. at 677, 818 P.2d at 851. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Gayle Nathan, District Judge, Family Court Division
Neil J. Beller, Ltd.
Shauna B. Brennan
Eighth District Court Clerk